**Order entered February 23, 2021**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-01103-CV

**MBM FAMILY TRUST NO. 1 AND DALIS WAGUESPACK, IN HER CAPACITY AS TRUSTEE OF MBM FAMILY TRUST NO. 1, Appellants**

**V.**

**GE OIL & GAS, LLC, Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-07164**

### ORDER

Before the Court is appellee's unopposed motion for extension of time to file its brief. We **GRANT** the motion and **ORDER** the brief be filed no later than March 5, 2021.

/s/    BONNIE LEE GOLDSTEIN
JUSTICE